Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-00075-YNP |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER THEREON |
| v. | ) | |
| JAMES L. HORNER, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: August 4, 2009                           NATIONAL PARK SERVICE


                                                /S/ Ed Dunlavey
                                                Ed Dunlavey
                                                Legal Officer


**ORDER**


IT IS SO ORDERED.

**Dated:   August 5, 2009**                     /s/ Larry M. Boyle
                                                UNITED STATES MAGISTRATE JUDGE

1